UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and INDIANA LABORERS WELFARE, PENSION, AND TRAINING FUNDS, )<br><br>Plaintiff, )<br><br>vs. )<br><br>APEX MASONRY, INC., )<br><br>Defendant. ) | 1:13-cv-776-RLY-DKL |

## FINAL JUDGMENT

Comes now the court, having this day **GRANTED** Plaintiffs' Request for Default Judgment and Permanent Injunction, and now enters final judgment in its favor, and against the defendant herein, Apex Masonry, Inc.

**SO ORDERED** this 12th day of December 2013.

Laura A. Briggs, Clerk
BY: Dina M. Doyle
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Distributed by first-class U.S. Mail to:

Apex Masonry, Inc.
c/o Max Helton, Jr., Registered Agent
5944 E. Harlan Dr.
Terre Haute, IN 47802